No. 962. THERESA L. LANG ET AL., PETITIONERS, *v.* THE CHOCTAW, OLKAHOMA & GULF RAILROAD COMPANY ET AL. March 10, 1913. Petition for writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Wm. M. Randolph* and *Mr. Wassell Randolph* for the petitioners. *Mr. Thos. S. Buzbee* for the respondents.

---

No. 988. MISSISSIPPI VALLEY FUEL COMPANY ET AL., PETITIONERS, *v.* WATSON COAL COMPANY. March 10, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Thos. William White* for the petitioners. *Mr. John A. Blevins, Mr. Wm. M. Acton* and *Mr. J. W. Jamison* for the respondent.

---

No. 983. THE UNITED STATES, PETITIONER, *v.* F. W. WHITRIDGE, RECEIVER, ETC.; and

No. 984. THE UNITED STATES, PETITIONER, *v.* A. H. JOLINE ET AL., RECEIVERS, ETC. March 10, 1913. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *The Attorney General, The Solicitor General* and *Mr. Wm. C. Herron* for the petitioner. *Mr. Joseph H. Choate, Jr., Mr. Matthew C. Fleming* and *Mr. A. H. Masten* for the respondents.